IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. AJAY PATEL, Defendant. | VIOLATION: 9711921 Location Code: M13 ORDER |
|---|---|

Based upon the United States' motion to accept the defendant's payment of a $52.50 fine and $30 processing fee for violation 9711921 (for a total of $82.50), and for good cause shown, **IT IS ORDERED** that the $82.50 fine paid by the defendant is accepted as a full adjudication of violation 9711921.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED**.

DATED this 14th day of September, 2022.

John Johnston
United States Magistrate Judge